IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN DAVID CORMIER                                 PLAINTIFF

      v.                        Civil No. 07-5190

JOHN DOE POLICE OFFICER;
AND JOHN DOE JAILERS OR
JOHN DOE MEDICAL STAFF                          DEFENDANTS

## O R D E R

On January 16, 2008, plaintiff filed a motion for appointment of counsel (Doc. 12). In order to assist the court in evaluating the request, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, John David Cormier, complete and sign the attached questionnaire, and return the same to the court **by April 21, 2008. Plaintiff is advised that should he fail to return the completed and executed questionnaire by April 21, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 20th day of March 2008.

                                                              /s/ J. Marschewski
                                                               HON. JAMES R. MARSCHEWSKI
                                                               UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN DAVID CORMIER                                                              PLAINTIFF

      v.                              Civil No. 07-5190

JOHN DOE POLICE OFFICER;
AND JOHN DOE JAILERS OR
JOHN DOE MEDICAL STAFF                                                          DEFENDANTS


**QUESTIONNAIRE RESPONSE**

TO: JOHN DAVID CORMIER

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your motion for appointment of counsel should be granted. Accordingly, it is required that you fill out this form and send it back to the court **by April 21, 2008.** Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

      1. How much education do you have? In answering be specific, state what grade you completed, whether you have a high school education, a GED, etc.

      Answer:

_____

_____

_____

      2.  You have filed a number of documents in this case.  Have you prepared any of these documents yourself?

      Answer:  Yes _____ No _____

      If you answered yes, identify for the court the documents you have prepared yourself.

_____

_____

_____

_____

      If you answered no, please state who has prepared these documents for you.

_____

_____

_____

_____

      3.  Prior to your incarceration, did you have a driver's license?

      Answer:  Yes _____ No _____.

      If you answered yes, please explain how you were able to obtain a driver's license if you cannot read or write.

_____

_____

_____

_____

_____

        4.  Prior to your incarceration were you employed?

Answer:  Yes _____ No _____.

If you answered yes, please describe what type of jobs you had.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        5.  You indicate you cannot decipher incoming paperwork and cannot read.  Please state exactly what your reading abilities are.  Are you able to read at all?  In answering be specific.

Answer:

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. You indicate you are unable to write. Please explain what you mean by this statement. Do you mean you can only write your name? Please explain in detail what you are able to write. In answering be specific.

Answer:

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

_____

_____

7. Prior to your incarceration, were you able to manage your own money?

Answer: Yes _____ No _____.

If you answered no, please explain who managed your money and why they had to manage your money for you.

_____

_____

_____

_____

_____

_____

8. Prior to your incarceration, were you able to live on your own.

Answer: Yes _____ No _____.

If you answered no, please explain why you were unable to live on your own and who you lived with.

_____

_____

_____

_____

_____

_____

9. Prior to your incarceration, who helped you in your daily life with your reading and writing?

Answer:

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

_____
JOHN DAVID CORMIER

_____
DATE