IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN DAVID CORMIER     PLAINTIFF

    v.     Civil No. 07-5190

STEPHEN CORKERN, Chief of
Police of the Huntsville Police
Department; CAPTAIN ROBERT
BOYD, Madison County Detention
Center; and JAILER BECKY,
Madison County Detention Center     DEFENDANTS

## ORDER

On April 23, 2008, an answer was filed by Defendant Corkern. By order entered on March 20, 2008 (Doc. 18), service was directed on Chief Corkern. In the same order, when he filed his response to the complaint Chief Corkern was directed to identify the officer who arrested the plaintiff. It appears Chief Corkern failed to identify the arresting officer.

**Accordingly, Chief Stephen Corkern is directed to identify for the court the officer who arrested John David Cormier on September 15, 2006, at approximately 9:30 a.m., at 107 Skyline Drive in Huntsville, Arkansas. Chief Corkern shall file his response to this order by May 13, 2008.**

DATED this 1st day of May 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE